**United States Court of Appeals**
**Fifth Circuit**

**F I L E D**

**March 3, 2006**

**Charles R. Fulbruge III**
**Clerk**

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 05-40724
Summary Calendar

ROBERT GRAY ROBINSON,

Plaintiff-Appellant,

versus

CHEROKEE COUNTY TEXAS; BASCOM
BENTLEY, THE HONORABLE; DWIGHT
PHIFER, THE HONORABLE; HIBERNIA
BANK,

Defendants-Appellees.

--------------------
Appeal from the United States District Court
for the Eastern District of Texas
(6:04-CV-217)
--------------------

Before KING, WIENER, and DeMOSS, Circuit Judges

PER CURIAM:*

Plaintiff-Appellant Robert Gray Robinson, proceeding pro se,
purports to appeal several adverse rulings, the latest of which
appears to be the April 20, 2005 Order of the Magistrate Judge in
the Eastern District of Texas denying Robinson's motion for a new
trial, construed as a motion for relief from judgment pursuant to
Federal Rule of Civil Procedure 60(b). We affirm.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Our careful review of the record on appeal demonstrates that this case has a particularly long, convoluted, and — for the most part — meritless and frivolous history, including, without limitation, the addition and deletion of parties, both public and private, and several instances of removal and remand between state and federal courts. Also obvious from the record is the longstanding displeasure of the pro se plaintiff, apparently originating with a state law real estate foreclosure action, and growing exponentially from there.

At least as to those issues of this lengthy and tortured litigation that are implicated in today's appeal, it is long since time to stop the twisting and turning and lay it to rest, once and for all. Now, therefore, for the reasons expressed in the several rulings of the district judge or the magistrate judge at issue here, each order, judgment, and ruling before us on appeal is, in every respect, affirmed.

In addition, Robinson is <u>cautioned</u> that, despite proceeding pro se and thus enjoying a bit more latitude from us than would retained or appointed counsel, no further pursuit of these matters will be tolerated. Any prolongation or continuation of any of the matters covered by our ruling on appeal today shall expose him to the full panoply of sanctions and penalties at our disposal for meritless, frivolous, or contumacious continuation of this litigation or any aspect thereof, in this or any other federal court of this circuit.

AFFIRMED.